■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DINCHER, Appellant. [610 NYS2d 898] —Judgment unanimously reversed on the law and new trial granted. Memorandum: The record of the reconstruction hearing *(see, People v Mitchell,* 189 AD2d 337, *lv dismissed sub nom. People v Walker,* 81 NY2d 1065)* reveals that defendant was not present at the *Sandoval* conference. The record further reveals that the court ruled, in defendant's absence, that the People could cross-examine defendant about a prior felony conviction if he testified. Because defendant was not present at a material stage of the trial, reversal is required *(see, People v Favor,* 82 NY2d 254).

We have considered the other arguments raised by defendant and conclude that they are without merit. (Appeal from Judgment of Monroe County Court, Marks, J.—Assault, 2nd Degree.) Present—Denman, P. J., Callahan, Balio, Fallon and Davis, JJ.